Eric Randall NANCE *v.* STATE of Arkansas

CR 99-365                                     217 S.W.3d 850

Supreme Court of Arkansas
Opinion delivered November 28, 2005

*Jennifer Horan,* Federal Public Defender, by: *Bruce D. Eddy, Julie Brain,* and *Rebecca Blaskey,* Ass't Federal Public Defenders, for appellant.

*Craig Lambert,* for appellant.

*Mike Beebe,* Att'y Gen., by: *Kelly Hill,* Ass't Att'y Gen., for appellee.

P ER CURIAM. ■ The application for permission to appear as counsel on behalf of petitioner, Eric Randall Nance, is denied. In the alternative, even if we were to grant the application, the motion for stay of execution is denied.

Tom Glaze, Justice, concurring. I would deny the motion for application of permission to appear as counsel, but alternatively concur with the court's decision to deny the motion for stay of execution for the reasons set forth by the State in its brief in response to the motion for stay of execution.